THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EMILE HENDRICKA SCOTT, Appellant.

Submitted July 14, 1954; decided July 14, 1954.

Motion for reargument denied.   [See 307 N. Y. 663.]